# Earnings Statement 

*THG OWNER LP*
*300 BLV OF THE AMERICAS ST 104*
*LAKEWOOD  NJ  08701*

Period Beginning:  05/11/2025
Period Ending:     05/24/2025
Pay Date:          05/29/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**ALIYA MITCHELL**
**1730 MOHICAN STREET**
**PHILADELPHIA  PA  19138**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2788.46 | | 2,788.46 | 24,538.44 |
| Sick | | 8.00 | | |
| Vacation | | 8.00 | | |
| Bonus | | | | 1,008.60 |
| Commission | | | | 1,000.00 |
| **Gross Pay** | | | **$2,788.46** | 26,547.04 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -284.79 | | 2,603.64 |
| Social Security Tax | -172.89 | | 1,645.92 |
| Medicare Tax | -40.43 | | 384.93 |
| PA State Income Tax | -85.61 | | 815.03 |
| Bensalem Twp Local Svc Tax | -2.00 | | 28.68 |
| Philadelphia Income Tax | -104.57 | | 995.52 |
| PA SUI Tax | -1.95 | | 18.58 |
| **Other** | | | |
| Adp 401K$ | -27.88* | | 60.76 |
| **Net Pay** | | | **$2,068.34** |
| Checking 1 | -2,068.34 | | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | -1.34 | |
| Vacation | 5.32 | |

**Important Notes**
ER BUSINESS CONTACT PH# (732)-886-2300

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:          Married

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,760.58

© 2000 ADP, Inc.

---

*THG OWNER LP*
*300 BLV OF THE AMERICAS ST 104*
*LAKEWOOD  NJ  08701*

**Advice number:** 00000220002
**Pay date:**      05/29/2025



| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| ALIYA MITCHELL | xxxxxx4828 | xxxx xxxx | $2,068.34 |

**NON-NEGOTIABLE**



# Earnings Statement

THG OWNER LP
300 BLV OF THE AMERICAS ST 104
LAKEWOOD NJ 08701

Period Beginning: 04/27/2025
Period Ending: 05/10/2025
Pay Date: 05/15/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

ALIYA MITCHELL
1730 MOHICAN STREET
PHILADELPHIA PA 19138

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2788.46 | | 2,788.46 | 21,749.98 |
| Bonus | | | | 1,008.60 |
| Commission | | | | 500.00 |
| **Gross Pay** | | | **$2,788.46** | 23,258.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -284.79 | 2,318.85 |
| | Social Security Tax | -172.88 | 1,442.03 |
| | Medicare Tax | -40.43 | 337.25 |
| | PA State Income Tax | -85.61 | 714.07 |
| | Bensalem Twp Local Svc Tax | -2.00 | 22.34 |
| | Philadelphia Income Tax | -104.57 | 872.20 |
| | PA SUI Tax | -1.95 | 16.28 |
| | **Other** | | |
| | Adp 401K$ | -27.88* | 27.88 |
| | **Net Pay** | **$2,068.35** | |
| | Checking 1 | -2,068.35 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 6.66 |
| Vacation | | 13.32 |

**Important Notes**
ER BUSINESS CONTACT PH# (732)-886-2300

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Married

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,760.58

© 2000 ADP, Inc.

THG OWNER LP
300 BLV OF THE AMERICAS ST 104
LAKEWOOD NJ 08701

**Advice number:** 00000200003
Pay date: 05/15/2025

**Deposited to the account of**
ALIYA MITCHELL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4828 | xxxx xxxx | $2,068.35 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| XGG | | ADMINS | | 0000160002 | 1 |

**Earnings Statement** 

THG OWNER LP
300 BLV OF THE AMERICAS ST 104
LAKEWOOD   NJ  08701

Period Beginning:   04/13/2025
Period Ending:      04/26/2025
Pay Date:           05/01/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

ALIYA MITCHELL
1730 MOHICAN STREET
PHILADELPHIA   PA   19138

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2788.46 | | 2,509.61 | 18,961.52 |
| Holiday | | 16.00 | | |
| Bonus | | | | 768.60 |
| Commission | | | | 500.00 |
| **Gross Pay** | | | **$2,509.61** | 20,230.12 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 3.04 |
| Vacation | | 6.08 |

**Important Notes**
ER BUSINESS CONTACT  PH# (732)-886-2300

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -257.73 | 2,009.41 |
| | Social Security Tax | -155.60 | 1,254.27 |
| | Medicare Tax | -36.39 | 293.34 |
| | PA State Income Tax | -77.05 | 621.09 |
| | Bensalem Twp Local Svc Tax | -1.83 | 20.17 |
| | Philadelphia Income Tax | -94.11 | 758.63 |
| | PA SUI Tax | -1.76 | 14.16 |
| | **Net Pay** | **$1,885.14** | |
| | Checking 1 | -1,885.14 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:     Married

Your federal taxable wages this period are
$2,509.61

© 2000 ADP, Inc.

THG OWNER LP
300 BLV OF THE AMERICAS ST 104
LAKEWOOD   NJ  08701

Advice number:   00000160002
Pay date:        05/01/2025

Deposited to the account of
ALIYA MITCHELL

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4828 | xxxx xxxx | $1,885.14 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| XGG | | ADMINS | | 0000150002 | 1 |

**Earnings Statement**

THG OWNER LP
300 BLV OF THE AMERICAS ST 104
LAKEWOOD  NJ  08701

Period Beginning:   03/30/2025
Period Ending:      04/12/2025
Pay Date:           04/17/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

ALIYA  MITCHELL
1730 MOHICAN STREET
PHILADELPHIA   PA  19138

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2788.46 | | 2,788.46 | 16,451.91 |
| Bonus | | | | 768.60 |
| Commission | | | | 500.00 |
| **Gross Pay** | | | **$2,788.46** | 17,720.51 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -290.93 | 1,751.68 |
| | Social Security Tax | -172.88 | 1,098.67 |
| | Medicare Tax | -40.44 | 256.95 |
| | PA State Income Tax | -85.61 | 544.04 |
| | Bensalem Twp Local Svc Tax | -2.00 | 18.34 |
| | Philadelphia Income Tax | -104.57 | 664.52 |
| | PA SUI Tax | -1.95 | 12.40 |
| | **Net Pay** | | **$2,090.08** |
| | Checking 1 | | -2,090.08 |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation | | 6.66 |

**Important Notes**
ER BUSINESS CONTACT PH# (732)-886-2300

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:               Married

Your federal taxable wages this period are
$2,788.46

© 2000 ADP, Inc.

THG OWNER LP
300 BLV OF THE AMERICAS ST 104
LAKEWOOD  NJ  08701

Advice number:  00000150002
Pay date:       04/17/2025

Deposited to the account of
ALIYA  MITCHELL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4828 | xxxx xxxx | $2,090.08 |

THIS IS NOT A CHECK

NON-NEGOTIABLE