United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 25-12355-amc
Aliya Ishan Mitchell | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Jun 17, 2025      Form ID: 309I      Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Aliya Ishan Mitchell, 1730 Mohican St, Philadelphia, PA 19138-1116 |
| 15018231 | + | OnPath Federal CU, Attn: Bankruptcy Dept., 3076 Lancaster Drive NE, Salem, OR 97305-1396 |
| 15018236 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15018247 | + | Synchrony/Ashley Furniture Homestore, 3672 Welsh Road 19090-2939 |
| 15018246 | + | Synchrony/Ashley Furniture Homestore, 3672 Welsh Road, Willow Grove, PA 19090-2939 |
| 15018248 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15018251 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15018252 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Jun 18 2025 00:50:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Jun 18 2025 00:50:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106-1552 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 18 2025 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 18 2025 04:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 18 2025 00:51:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15018201 | | Email/Text: bncnotifications@pheaa.org | Jun 18 2025 00:50:00 | AES/PHEAA, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15018200 | | Email/Text: bncnotifications@pheaa.org | Jun 18 2025 00:50:00 | Aes/m&taselt, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15018202 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 18 2025 01:19:50 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15018203 | | EDI: GMACFS.COM | Jun 18 2025 04:22:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15018204 | | Email/Text: bncnotifications@pheaa.org | Jun 18 2025 00:50:00 | American Education Services/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15018205 | | Email/PDF: bncnotices@becket-lee.com | Jun 18 2025 01:41:22 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |

Case 25-12355-amc    Doc 9    Filed 06/19/25    Entered 06/20/25 00:39:26    Desc Imaged
Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 17, 2025 | Form ID: 309I | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15018206 | | EDI: TSYS2 | Jun 18 2025 04:22:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15018207 | | EDI: TSYS2 | Jun 18 2025 04:22:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15018210 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 18 2025 00:50:00 | Cenlar, Attn: Centralized Bankruptcy 425 Phillip, Ewing, NH 08618 |
| 15019486 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 18 2025 00:50:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15018213 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 18 2025 00:50:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15018214 | | Email/Text: megan.harper@phila.gov | Jun 18 2025 00:51:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15018208 | | EDI: CAPITALONE.COM | Jun 18 2025 04:22:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15018209 | + | EDI: CAPITALONE.COM | Jun 18 2025 04:22:00 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15018211 | | EDI: JPMORGANCHASE | Jun 18 2025 04:22:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15018212 | + | EDI: CITICORP | Jun 18 2025 04:22:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15018215 | | Email/Text: bankruptcy@philapark.org | Jun 18 2025 00:51:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15018217 | + | EDI: WFNNB.COM | Jun 18 2025 04:22:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15018218 | + | EDI: WFNNB.COM | Jun 18 2025 04:22:00 | Comenity Capital/idlimg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15018216 | + | EDI: WFNNB.COM | Jun 18 2025 04:22:00 | Comenity bank/J Crew, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15018219 | | EDI: CITICORP | Jun 18 2025 04:22:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 15018225 | | EDI: CITICORP | Jun 18 2025 04:22:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15018220 | + | EDI: AMINFOFP.COM | Jun 18 2025 04:22:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15018221 | + | EDI: AMINFOFP.COM | Jun 18 2025 04:22:00 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15018222 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 18 2025 00:51:00 | Hyundai Capital Americ, Po Box 20835, Fountain Valley, CA 92728-0835 |
| 15018223 | | EDI: IRS.COM | Jun 18 2025 04:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15018224 | | EDI: JPMORGANCHASE | Jun 18 2025 04:22:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15019824 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 00:56:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15018226 | + | EDI: AISMIDFIRST | Jun 18 2025 04:22:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 15018227 | + | EDI: NFCU.COM | Jun 18 2025 04:22:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |

Case 25-12355-amc    Doc 9    Filed 06/19/25    Entered 06/20/25 00:39:26    Desc Imaged
                              Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 309I | Total Noticed: 66 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 15018229 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 18 2025 00:50:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 15018228 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 18 2025 00:51:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15018230 | Email/Text: bnc@nordstrom.com | Jun 18 2025 00:51:24 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15018232 | Email/Text: fesbank@attorneygeneral.gov | Jun 18 2025 00:51:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15018235 | Email/Text: bkrgeneric@penfed.org | Jun 18 2025 00:50:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 15018238 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 18 2025 00:50:00 | PNC Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 15018233 | EDI: PENNDEPTREV | Jun 18 2025 04:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15018234 | ^ MEBN | Jun 18 2025 00:22:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15018237 | Email/Text: bankruptcy@philapark.org | Jun 18 2025 00:51:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15019644 | EDI: Q3G.COM | Jun 18 2025 04:22:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15019645 | EDI: Q3G.COM | Jun 18 2025 04:22:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15019825 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 00:56:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15018240 | EDI: SYNC | Jun 18 2025 04:22:00 | Syncb/Walmart Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15018239 | + EDI: SYNC | Jun 18 2025 04:22:00 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15018241 | + EDI: SYNC | Jun 18 2025 04:22:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15018242 | EDI: SYNC | Jun 18 2025 04:22:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15018243 | + EDI: SYNC | Jun 18 2025 04:22:00 | Synchrony Bank/Gap, Attn: Bankruptcy, POB 965060, Orlando, FL 32896-5060 |
| 15018244 | + EDI: SYNC | Jun 18 2025 04:22:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15018245 | EDI: SYNC | Jun 18 2025 04:22:00 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15018249 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 18 2025 00:51:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15018760 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2025 01:19:20 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15018250 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2025 01:19:20 | U.S. Department of Housing and Urban Development, Attn: Bankruptcy, 100 E Penn Sq Fl 11, Philadelphia, PA 19107-3325 |
| 15018253 | + Email/Text: megan.harper@phila.gov | Jun 18 2025 00:51:00 | Water Revenue Bureau, c/o City of Philadelphia |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 17, 2025 | Form ID: 309I | Total Noticed: 66

Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Aliya Ishan Mitchell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Aliya Ishan Mitchell<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2131<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13    6/12/25 | |
| Case number: | 25–12355–amc | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                  10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Aliya Ishan Mitchell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1730 Mohican St<br>Philadelphia, PA 19138–1116 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 6/17/25 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 8, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/7/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/21/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/9/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $875.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/2/25** at **10:00 AM** , Location: **HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |