

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

25-12355

DEBTOR(S):

ALIYA ISHAN MITCHELL

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $606.42

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

9/30/2025