## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Aliya Ishan Mitchell,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-12355-AMC |

**Certificate of Service**

I, Michael A. Cibik, certify that on November 12, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 12, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**MidFirst Bank**
999 NW Grand Boulevard, Suite 100
Oklahoma City, Oklahoma 73118

Aes/m&taseIt
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

AES/PHEAA
Attn: Bankruptcy
P.O. Box 2461
Harrisburg, PA 17105-2461

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

**Attn: Ally Bank Department**
AIS Portfolio Services, LLC
Account: XXXXXXXX1767
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

American Education Services/PHEAA
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Barclays
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Capital One/SaksFirst**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0287

**Cenlar**
Attn: Centralized Bankruptcy 425 Phillips Blvd.
Ewing, NH 08618

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Citi Card/Best Buy**
Attn: Citicorp Cr Srvs Centralized Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

**Citizens Bank, N.A.**
Attn: Bankruptcy
One Citizens Plaza
Providence, RI 02903

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

**Comenity bank/J Crew**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity Bank/VS**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity Capital/idlimg**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Dsnb Bloomingdales**
Attn: Recovery "Bk"
PO Box 9111
Mason, OH 45040

**First Premier Bank**
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Hyundai Capital**
Po Box 20835
Fountain Valley, CA 92728

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jpmcb**
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

**Jefferson Health**
PO Box 1123
Minneapolis MN 55440-1123

**Macy's/DSNB**
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**NAVY FCU**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

**Nelnet**
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

NMAC
Attn: Bankruptcy
PO Box 660366
Dallas, TX 75266-0366

Nordstrom
Attn: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

OnPath Federal CU
Attn: Bankruptcy Dept.
3076 Lancaster Drive NE
Salem, OR 97305

**Pennsylvania Atty. General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Pentagon Federal Credit Union**
Attn: Bankruptcy
P.O. Box 1432
Alexandria, VA 22313-2032

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**PNC Financial**
Attn: Bankruptcy
300 5th Ave
Pittsburgh, PA 15222-2401

**Quantum3 Group, LLC**
PO Box 788
Kirkland, WA 98083-0788

**Resurgent Capital Services**
PO Box 10587
Greenville, SC 29603-0587

**Synchrony Bank (Various Accounts)**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

**Synchrony Bank/Ashley Furniture Homestore**
3672 Welsh Road
Willow Grove, PA 19090

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

U.S. Atty., E**DPA**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Dept. of Housing and Urban Development
Attn: Bankruptcy
100 E Penn Sq Fl 11
Philadelphia, PA 19107-3325

U.S. Dept. of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

United Rev
Po Box 1184
Langhorne, PA 19047

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617