United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-12355-amc
Aliya Ishan Mitchell                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 5
Date Rcvd: Jan 30, 2026      Form ID: 155             Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Aliya Ishan Mitchell, 1730 Mohican St, Philadelphia, PA 19138-1116 |
| 15038998 | | Ally Bank c/o AIS Portfolio Services, LLC, Payment Processing Center, PO BOX 660618, Dallas TX 75266-0618 |
| 15018231 | + | OnPath Federal CU, Attn: Bankruptcy Dept., 3076 Lancaster Drive NE, Salem, OR 97305-1396 |
| 15018232 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15018236 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15018247 | + | Synchrony/Ashley Furniture Homestore, 3672 Welsh Road 19090-2939 |
| 15018246 | + | Synchrony/Ashley Furniture Homestore, 3672 Welsh Road, Willow Grove, PA 19090-2939 |
| 15018248 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15018251 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15018252 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15018201 | | Email/Text: bncnotifications@pheaa.org | Jan 31 2026 01:05:00 | AES/PHEAA, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15018200 | | Email/Text: bncnotifications@pheaa.org | Jan 31 2026 01:05:00 | Aes/m&taselt, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15018202 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 31 2026 01:04:33 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15027348 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2026 01:04:20 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15023819 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2026 01:04:21 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15038901 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2026 01:04:45 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15024143 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2026 01:04:33 | Ally Capital Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15018203 | | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2026 01:05:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15018204 | | Email/Text: bncnotifications@pheaa.org | Jan 31 2026 01:05:00 | American Education Services/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15031773 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2026 01:04:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15018205 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2026 01:04:43 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |

| | | | | |
|---|---|---|---|---|
| District/off: 0313-2 | | User: admin | | Page 2 of 5 |
| Date Rcvd: Jan 30, 2026 | | Form ID: 155 | | Total Noticed: 79 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15018206 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 31 2026 01:05:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15018207 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 31 2026 01:05:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15018210 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 31 2026 01:05:00 | Cenlar, Attn: Centralized Bankruptcy 425 Phillip, Ewing, NH 08618 |
| 15019486 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 31 2026 01:05:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15018213 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 31 2026 01:05:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15018214 | | Email/Text: megan.harper@phila.gov | Jan 31 2026 01:06:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15069124 | | Email/Text: megan.harper@phila.gov | Jan 31 2026 01:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15018208 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2026 01:04:42 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15021469 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2026 01:04:23 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15018209 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2026 01:04:43 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15018211 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2026 01:04:19 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15018212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2026 01:16:27 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15036439 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2026 01:04:25 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15018215 | | Email/Text: bankruptcy@philapark.org | Jan 31 2026 01:06:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15018217 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2026 01:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15018218 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2026 01:05:00 | Comenity Capital/idlimg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15018216 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2026 01:05:00 | Comenity bank/J Crew, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15018219 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2026 01:04:36 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 15018225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2026 01:04:25 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15018220 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 31 2026 01:04:46 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15018221 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 31 2026 01:04:34 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15018222 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 31 2026 01:06:00 | Hyundai Capital Americ, Po Box 20835, Fountain Valley, CA 92728-0835 |
| 15018223 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2026 01:05:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15035560 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 31 2026 01:06:00 | Jefferson Capital Systems, LLC, PO BOX 7999, |

Case 25-12355-amc   Doc 21   Filed 02/01/26   Entered 02/02/26 00:38:58   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2026 | Form ID: 155 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | | SAINT CLOUD, MN 56302-9617 |
| 15033998 | + | Email/Text: RASEBN@raslg.com | Jan 31 2026 01:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15041219 | | Email/Text: BNCnotices@dcmservices.com | Jan 31 2026 01:05:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15018224 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2026 01:04:31 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15019824 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2026 01:04:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15030072 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2026 01:04:21 | MidFirst Bank, 999 NW Grand Boulevard, Suite 100, Oklahoma City Oklahoma 73118-6051 |
| 15025271 | | Email/Text: amps@manleydeas.com | Jan 31 2026 01:05:00 | MidFirst Bank, C/O Adam B. Hall, Esquire, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15018226 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 31 2026 01:04:20 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 15018227 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 31 2026 01:06:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15018229 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 31 2026 01:05:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 15032523 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 31 2026 01:06:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15032524 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 31 2026 01:06:00 | Navy Federal Credit Union Attn Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15018228 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 31 2026 01:06:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15018230 | | Email/Text: bnc@nordstrom.com | Jan 31 2026 01:05:51 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15018235 | | Email/Text: bkrgeneric@penfed.org | Jan 31 2026 01:05:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 15039526 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2026 01:05:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101 |
| 15018238 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2026 01:05:00 | PNC Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 15026848 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2026 01:04:43 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15018233 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2026 01:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15018234 | ^ | MEBN | Jan 31 2026 00:44:21 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15018237 | | Email/Text: bankruptcy@philapark.org | Jan 31 2026 01:06:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15019644 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2026 01:05:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15019645 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2026 01:05:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15019825 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2026 01:04:20 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2026 | Form ID: 155 | Total Noticed: 79 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 15018240 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:43 | Syncb/Walmart Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15018239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:18 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15018241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:18 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15018242 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:31 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15018243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:32 | Synchrony Bank/Gap, Attn: Bankruptcy, POB 965060, Orlando, FL 32896-5060 |
| 15018244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:31 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15018245 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:19 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15018249 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 31 2026 01:06:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15018760 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 31 2026 01:04:44 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15018250 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 31 2026 01:04:44 | U.S. Department of Housing and Urban Development, Attn: Bankruptcy, 100 E Penn Sq Fl 11, Philadelphia, PA 19107-3325 |
| 15018253 | + | Email/Text: megan.harper@phila.gov | Jan 31 2026 01:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1663 |

TOTAL: 69

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15031774 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15031775 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15033132 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Aliya Ishan Mitchell help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: )<br>    Aliya Ishan Mitchell ) <br> ) <br> ) <br> Debtor(s).  ) <br> ) <br> ) | | Case No. 25−12355−amc <br><br><br> Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: January 27, 2026                                                    For The Court

                                                                          Ashely M. Chan
                                                                          Chief Judge, United States Bankruptcy Court